KEVIN V. RYAN **(California State Bar No. 118321)**
United States Attorney
JAY R. WEILL **(California State Bar No. 75434)**
Assistant United States Attorney
Chief, Tax Division
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:  (415) 436-7017
  Fax:        (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 2/13/06*

| | |
|---|---|
| MICHAEL CLARK, | No.   C-05-03858-RMW |
|     Plaintiff, | JOINT APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER |
| v. | |
| UNITED STATES OF AMERICA and INTERNAL REVENUE SERVICE, | DATE:   FEBRUARY 17, 2006<br>TIME:   10:30 A.M. |
|     Respondent. | |

    This is an action under 26 U.S.C. § 6320/6330 seeking a redetermination of the government's attempts to collect unpaid payroll taxes assessed against the plaintiff. The government shall file a motion for summary and schedule the hearing for March 24, 2006. Therefore, the government requests that the case management conference be continued to March 24, 2006 so that both matters can be heard on the same day. Plaintiff's counsel, Ruth Eiln Auerbach, joins in this application.

                                                    KEVIN V. RYAN

                                                    United States Attorney

                                                    /s/ Jay R. Weill
                                                    JAY R. WEILL
                                                    Assistant United States Attorney
                                                    Chief, Tax Division

ORDER

    Upon application of the United States, the case management conference is continued to March 24, 2006.

Dated: 2/13/06                                          /S/ RONALD M. WHYTE
                                                          UNITED STATES DISTRICT JUDGMENT