**E-FILED on**    4/6/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL CLARK,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA and INTERNAL REVENUE SERVICE,<br><br>        Defendants. | No. C-05-03858 RMW<br><br>ORDER DISMISSING ACTION FOR LACK OF SUBJECT-MATTER JURISDICTION |

    The motion to dismiss of defendant United States came on for hearing on March 24, 2006. Plaintiff Michael Clark neither appeared nor filed an opposition. The court hereby orders that plaintiff's action against the United States for failing to provide him with a fair hearing to challenge certain tax liabilities is dismissed for lack of subject-matter jurisdiction.

DATED:    4/6/06                                        /s/ Ronald M. Whyte
                                                                                   RONALD M. WHYTE
                                                                                    United States District Judge

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Ruth Elin Auerbach          attorneyruth@sbcglobal.net

4  **Counsel for Defendants:**

5  Jay R. Weill                jay.weill@usdoj.gov

6
7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8
9
10 **Dated:**    4/6/06              _____/s/ JH_____
                                     **Chambers of Judge Whyte**